**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JARED LASKOWSKI** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **Civil Action No. 4:16-cv-00331** |
| | § | |
| **ASI LLOYDS** | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Jared Laskowski, files this Notice of Settlement.  Plaintiff and Defendant have reached a  settlement in this  matter. Plaintiff and Defendant will submit a Joint Motion to Dismiss with  Prejudice within 60 days.

Respectfully submitted,

/s/ Richard D. Daly
Richard D. Daly, Attorney-in-Charge
State Bar No. 00796429
Southern District Bar No. 20706
DALY & BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
Email:   rdaly@dalyblack.com
Email for Filing:  esfs@dalyblack.com
**ATTORNEYS FOR PLAINTIFF**
**JARED LASKOWSKI**

*Of Counsel:*
Ana M. Ene
State Bar No. 24076368
Southern District Bar No. 1259986
aene@dalyblack.com
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
Email for Service:  ecfs@dalyblack.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2016, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

**LaDonna Schexneyder**
**State Bar No. 24072938**
**Southern District Bar No. 1096795**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
**9311 Bluebonnet Blvd., Suite A**
**Baton Rouge, LA 70810**
**(504) 568-1990**
**(504) 310-9195 facsimile**
**Lschexnyder@lawla.com**

**ATTORNEY FOR DEFENDANT**
**ASI LLOYDS**

                                                            /s/ *Richard D. Daly*
                                                            Richard D. Daly