IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JARED LASKOWSKI | § § § § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-331 |
| | § § § | |
| ASI LLOYDS | § § | |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Jared Laskowski ("Plaintiff"), and Defendant, ASI Lloyds ("Defendant"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

### I.
### PROCEDURAL POSTURE

Plaintiff sued his homeowner's insurance carrier for coverage under the insurance policy, based upon damages allegedly sustained as a result of a storm at the residence located at 21307 Claretfield Court, Humble, Texas 77338. The insurance policy is identified as Policy Number TXL188730 issued by ASI Lloyds with Effective Dates of 5/30/15 to 5/30/16. Plaintiff and Defendant have entered into a confidential settlement to amicably resolve any and all alleged claims and damages. Defendant denies all liability to Plaintiff.

### II.
### AGREED MOTION TO DISMISS

Because this case has been amicably settled in respect to any and all claims asserted by Plaintiff or which could have been asserted by Plaintiff, the Parties respectfully request that this Court would

dismiss this case with prejudice with each party bearing its own respective costs and attorneys' fees. A proposed Agreed Order of Dismissal With Prejudice is attached.

### III.
### PRAYER

Based upon the foregoing, Plaintiff and Defendant respectfully pray that this Court will sign the attached Agreed Order of Dismissal With Prejudice.

        Respectfully submitted,
        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

        By: _/s/ LaDonna G. Schexnyder_
        LaDonna G. Schexnyder
        Texas Bar No. 24072938
        9311 Bluebonnet Boulevard, Suite A
        Baton Rouge, LA 70810
        Telephone: (504) 568-1990
        Facsimile: (504) 310-9195
        E-Mail: lschexnyder@lawla.com
        **ATTORNEY FOR DEFENDANT, ASI LLOYDS**

        **Agreed**

        _/s/ Ana Ene_
        Richard D. Daly
        Texas Bar No. 00796429
        Ana M. Ene
        Texas Bar No. 24076368
        Daly & Black
        2211 Norfolk St. Suite 800
        Houston, TX 77098
        Telephone: (713) 655-1405
        Facsimile: (713) 655-1587
        **ATTORNEY FOR PLAINTIFF, JARED LASKOWSKI**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above pleading has been forwarded via facsimile on this the 9th day of May, 2016 to:

Richard D. Daly
Ana M. Ene
Daly & Black
2211 Norfolk St. Suite 800
Houston, TX 77098

_____
LaDonna G. Schexnyder